**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02325-MSK-BNB

MASON COMPANIES, INC.,

       Plaintiff,

v.

MALLBABY, LLC, DEAN FREEMAN AND DOMAINS BY PROXY, INC.,

       Defendants.

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Mason Companies, Inc., by and through its undersigned counsel, hereby gives notice of dismissal of all claims asserted in this action against Defendant Domains by Proxy, Inc.  This dismissal is without prejudice and does not apply to Defendants Mallbaby, LLC and Dean Freeman.

       Respectfully Submitted

       **MERCHANT & GOULD, P.C.**

Dated: December 4, 2007       By: _s/ Elizabeth J. Reagan_
       Elizabeth J. Reagan
       Kirstin L. Stoll-DeBell
       1050 Seventeenth Street,  Suite 1950
       Denver, CO 80265-0100
       Tel: 303-357-1670
       Fax: 303-357-1671
       ereagan@merchantgould.com
       kstoll@merchantgould.com

       *Attorneys for Plaintiff*
       *Mason Companies, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2007, I filed the foregoing **NOTICE OF DISMISSAL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following via e-mail:

Brenda L. Speer
Brenda@blspeer.com

I hereby certify that on December 4, 2007, I served the foregoing **NOTICE OF DISMISSAL** via First Class Mail on the following:

Domains by Proxy, Inc.
15111 N. Hayden Rd., Ste. 160
Scottsdale, Arizona 85260


Dated:  December 4, 2007                              By: *s/ Karen S. Wilwerding*
                                                          Karen S. Wilwerding