IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02325-MSK-BNB

MASON COMPANIES, INC.,

Plaintiff,

v.

MALLBABY LLC, a Colorado LLC, and
DEAN FREEMAN,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Unopposed Motion to Stay Proceedings** [Doc. # 15, filed 12/18/2007] (the "Motion"). The Motion requests that I stay all proceedings in the case for 60 days to allow the parties to pursue settlement.

IT IS ORDERED that the Motion is DENIED, no good cause having been shown.

IT IS FURTHER ORDERED that the scheduling conference set for January 10, 2008, at 8:30 a.m., is VACATED and RESET to **March 17, 2008, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The proposed scheduling order shall be submitted to the court on or before **March 10, 2008**, and the Rule 26(f) conference shall occur on or before **March 3, 2008**.

Dated December 21, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge